1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5  KELSEY LINNETT (CABN 274547)
   Special Assistant United States Attorney
6
        1301 Clay Street, Suite 340-S
7       Oakland, California 94612
        Telephone: (510) 637-3680
8       Facsimile: (510) 637-3724
        E-Mail:    christina.mccall@usdoj.gov
9                  kelsey.linnett2@usdoj.gov

10 Attorneys for Plaintiff

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 4-15-70567 MAG |
|---|---|
| Plaintiff, | ) STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 16, 2015 |
| v. | |
| WADHA ABDULJALIL ALI SALE AL GAMRI, | ) Date:  July 2, 2015<br>) Time:  9:30 a.m.<br>) Court: Mag. Kandis A. Westmore |
| Defendant. | |

21      The above-captioned matter is set on July 2, 2015 before this Court for an identity and removal

22 hearing. The parties request that the Court continue the hearing to July 16, 2015. The continuance is

23 requested to allow an essential witness to fly to this district to testify at the hearing, and is a date when

24 the Court, and counsel for both parties are available. The essential witness is on annual leave until July

25 5, 2015. The parties further stipulate that time is excludable between July 2 and July 16, 2015 under 18

26 U.S.C. 3161(h)(7)(B)(iv), for effective preparation of counsel for defendant and counsel for the

27 //

28 //

STIP. REQ. TO CONTINUE HEARING
NO. 4-15-70567 MAG

government, as well as continuity of counsel, taking into account scheduling considerations.

**IT IS SO STIPULATED:**

DATED: June 30, 2015						Respectfully submitted,

								MELINDA HAAG
								United States Attorney

								_____/s/_____
								CHRISTINA McCALL
								Assistant United States Attorney
								KELSEY LINNETT
								Special Assistant United States Attorney


DATED: June 30, 2015						_____/s/_____
								JOHN PAUL REICHMUTH
								Counsel for Wadha Adbuljalil Ali Sale Al Gamri

### [PROPOSED] ORDER

Based on the foregoing Stipulation and for good cause shown, the Court hereby reschedules the identity and removal hearing for defendant Wadha Adbuljalil Ali Sale Al Gamri to July 16, 2015 at 9:30 a.m.  Time is excluded between July 2 and 16, 2015, under 18 U.S.C. 3161(h)(7)(B)(iv), for effective preparation of counsel for defendant and counsel for the government, as well as continuity of counsel.

**IT SO ORDERED.**

DATED:  6/30/15						_____Kandis Westmore_____
								The Hon. Kandis A. Westmore
								United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING
NO. 4-15-70567 MAG